**Order entered November 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01121-CR

**JOHN PAUL ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F10-64197-L**

## ORDER

Before the Court is appellant's June 20, 2013 objection to supplemental clerk's record and October 28, 2013 objection to second supplemental clerk's record. We **OVERRULE** the objections.

/s/     JIM MOSELEY
        JUSTICE